








```
MCS    2/1/05    9:01
3:05-M -00120   USA V. GARCIA
*1*
*CRCMP.*
```

FILED
'05 JAN 26 AM 11:12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Unsealed 1/28/05
ORDERED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'05 mg 0120

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. _____ |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Distribution of Methamphetamine |
| FRANCISCO GARCIA, | |
| Defendant. | |

The undersigned Complainant, being duly sworn, states:

On or about January 16, 2004, within the Southern District of California, defendant FRANCISCO GARCIA, did knowingly and intentionally distribute 50 grams and more, to wit: approximately 108.3 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

1

1 | And the Complainant states that this Complaint is based on the
2 | attached Statement of Facts, which is incorporated herein by
3 | reference.

*Signature of Complainant*

FBI Special Agent
Official Title

Sworn to before me and subscribed in my presence, 1/25, 2005.

United States Magistrate

1 | UNITED STATES OF AMERICA,     )
2 |                 Plaintiff,    )
3 |      v.                       )
4 | FRANCISCO GARCIA,             )
5 |                 Defendant.    )

## STATEMENT OF FACTS

On January 14, 2004, at approximately 5:15 p.m., a cooperating witness ("the CW") went to GARCIA'S residence at 3659 College Avenue, Apartment 82, San Diego. When the CW arrived at the residence, GARCIA and the CW discussed a future purchase.

On January 16, 2004, at approximately 1:40 p.m., the CW went to GARCIA'S College Avenue residence to purchase a quarter pound of methamphetamine. The CW then purchased 108.3 grams of methamphetamine for $2,200 from GARCIA.

*[signature]*
1/25/05

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**

3