USDC SCAN INDEX SHEET

















MCS    2/1/05    8:52

3:05-M -00117   USA V. RAMIREZ

*1*

*CRCMP.*

*Unsealed 1/28/05*
*ORDER UNSEAL...*

FILED

05 JAN 26 AM 11: 07

CLERK, U.S. DISTRICT COURT
.. JTHERN DISTRICT OF CALIF...

BY _____ • DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'05 mg 01 17

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>MARCOS RAMIREZ (1),<br>GABRIEL MARTINEZ (2),<br><br>             Defendants. | Magistrate Case No. _____<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21, U.S.C., Sec. 841(a)(1) –<br>Distribution of Methamphetamine;<br>Title 18, U.S.C.,<br>Sec. 2 – Aiding and Abetting |

The undersigned Complainant, being duly sworn, states:

On or about September 16, 2004, within the Southern District of California, defendants MARCOS RAMIREZ and GABRIEL MARTINEZ, did knowingly and intentionally distribute 50 grams and more, to wit: approximately 263.8 grams of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

1  And the Complainant states that this Complaint is based on the

2  attached Statement of Facts, which is incorporated herein by

3  reference.

4

5                                        _____

6                                        Signature of Complainant

7                                        FBI Special Agent
                                         Official Title

8  Sworn to before me and subscribed in my presence, __1/25____, 2005.

9

10                                       _____

11                                       United States Magistrate

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2

1  UNITED STATES OF AMERICA,        )
                                    )
2              Plaintiff,           )
                                    )
3       v.                          )
                                    )
4  MARCOS RAMIREZ (1),              )
   GABRIEL MARTINEZ (2),            )
5                                   )
               Defendants.          )
6  _____)

7                    STATEMENT OF FACTS

8      On September 16, 2004, at approximately 11:54 a.m., MARCOS

9  RAMIREZ called a cooperating witness ("the CW") and discussed the sale

10 of one pound of methamphetamine.   This call was recorded.   At

11 approximately 12:11 p.m., RAMIREZ called MARTINEZ in order to get the

12 methamphetamine.   This call was recorded.   At approximately 12:20

13 p.m., MARTINEZ called RAMIREZ to state that he can get the

14 methamphetamine. This call was recorded. At approximately 2:25 p.m.,

15 RAMIREZ called the CW and agreed to sell the CW a pound of

16 methamphetamine.  This call was recorded.  At approximately 2:35 p.m,

17 MARTINEZ placed a call to RAMIREZ and told RAMIREZ that he was waiting

18 for his source of supply to bring the methamphetamine.    At

19 approximately 5:10 p.m., RAMIREZ instructed the CW to meet him at a

20 parking lot near Best Buy at 54 North Broadway, Chula Vista to

21 complete the transaction.   This call was recorded.   At approximately

22 5:23 p.m., MARTINEZ was observed driving a Mercedes to RAMIREZ'

23 residence at 675 Sea Vale, Chula Vista.   Then, RAMIREZ was observed

24 leaning into the passenger window of the Mercedes and taking a bag

25 from MARTINEZ.   RAMIREZ took the bag to his vehicle and went to meet

26 the CW at the parking lot.   At approximately 5:30 p.m., the CW

27 purchased 263.8 grams of methamphetamine for $8,200 from RAMIREZ.

28 After the purchase, at approximately 5:55 p.m., MARTINEZ met RAMIREZ

   at the Sea Vale address.

                                   WILLIAM McCURINE, JR.
                                   U.S. MAGISTRATE JUDGE

                        3