USDC SCAN INDEX SHEET










BAR    5/6/05    14:36

3:05-CR-00199    USA V. BUCHANAN

*100*

*CRMO.*



# Minutes of the United States District Court
## Southern District of California
### Thursday, May 5, 2005

2005CR00199-BEN

**For the Honorable:** Ruben B. Brooks Magistrate Judge
**Deputy Clerk:** Vicky Lee

**On Calendar:**

2005CR00199-BEN

USA vs.
(11) GUSTAVO VARGAS (C)
MTD: 07-16-2005

Lang Booking #
ENG 94269198 (11) Mark F. Adams CJA
619 239-4344
Christopher Michael Alexander AUSA
619 557-5610

**DETENTION HRG (11)**

**Minutes:**
Tape No: RBB05-1:0-172

DETENTION HRG NOT HELD. DEFT WAIVES DETENTION HRG AT THIS TIME WITHOUT PREJUDICE. GVT TO PREPARE BY 5/9/05.

