USDC SCAN INDEX SHEET










LMH     6/29/05    15:06
3:05-CR-00199   USA V. BUCHANAN
*122*
*CRMO.*

U.S.A. vs RICHARD BUCHANAN, ET AL. (DEFTS #1-11)    No. 05CR0199-BEN

The Court finds excludable delay, under the section indicated by check ( ✓ ),
commenced on __6-24-05__ and ended on __9-5-05__.

| 3161(h) | | |
|---|---|---|
| ___(1)(A) | Exam or hrg for mental or physical incapacity | A |
| ___(1)(B) | NARA examination (28:2902) | B |
| ___(1)(D) | State or Federal trials or other charges pending | C |
| ___(1)(E) | Interlocutory appeals | D |
| ___(1)(F) | Pretrial motions (from flg to hrg or other prompt dispo) | E |
| ___(1)(G) | Transfers from other district (per FRCrP 20, 21 & 40) | F |
| ___(1)(J) | Proceedings under advisement not to exceed thirty days | G |
| ___ | Misc proc: Parole or prob rev, deportation, extradition | H |
| ___(1)(H) | Transportation from another district or to/from examination or hospitalization in ten days or less | 6 |
| ___(1)(I) | Consideration by Court of proposed plea agreement | 7 |
| ___(2) | Prosecution deferred by mutual agreement | I |
| ___(3)(A)(B) | Unavailability of defendant or essential witness | M |
| ___(4) | Period of mental or physical incompetence of defendant to stand trial | N |
| ___(5) | Period of NARA commitment or treatment | O |
| ___(6) | Superseding indictment and/or new charges | P |
| ___(7) | Defendant awaiting trial of co-defendant when no severance has been granted | R |
| ___(8)(A)(B) | Continuances granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
| ___(8)(B)(i)1) | Failure to continue would stop further proceedings or result in miscarriage of justice | T1 |
| X (8)(B)(ii) 2) | Case unusual or complex | (T2) |
| ___(8)(B)(iii)3) | Indictment following arrest cannot be filed in thirty (30) days | T3 |
| ___(8)(B)(iv) 4) | Continuance granted in order to obtain or substitute counsel, or give reasonable time to prepare | T4 |
| ___3161(I) | Time up to withdrawal of guilty plea | U |
| ___3161(b) | Grand jury indictment time extended thirty (30) more days | W |

Date __6/24/05__                                        __[signature]__
                                                         Judge's Initials

RECEIVED IN
DOCKETING

JUN 29